**In the Matter of BALASCO INDUS-
TRIES, INC., et al.,
N. Campbell NAPIER, Appellant,**

v.

**Nolan B. HARMON, Trustee of Balasco
Industries, Inc., et al., Appellees.**

**No. 73-2226.**

United States Court of Appeals,
Fifth Circuit.

Dec. 20, 1973.

M. H. Blackshear, Jr., Richard P.
Decker, Decatur, Ga., for appellant.

Oscar N. Persons, Ben F. Johnson,
III, Atlanta, Ga., for appellees.

Before COLEMAN, AINSWORTH
and GEE, Circuit Judges.

**PER CURIAM:**

After a careful consideration of the
briefs and record in this matter, we con-
clude that the decision of the Referee,
confirmed by the order of the district
court, is correct in all respects and
should be affirmed.

**Lee CHAGRA, Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

**No. 73-2122.**

United States Court of Appeals,
Fifth Circuit.

Dec. 21, 1973.

Rehearing Denied Jan. 25, 1974.

Towner Leeper, El Paso, Tex., for
plaintiff-appellant.

Scott P. Crampton, Asst. Atty. Gen.,
Ernest J. Brown, Acting Chief, App.
Sec., Tax Div., Dept. of Justice, Lee H.

Henkel, Jr., Act. Chief Counsel, IRS,
Washington, D. C., and Ralph E. Harris,
Asst. U. S. Atty., William S. Sessions,
U. S. Atty., San Antonio, Tex., Crombie
J. D. Garrett, James H. Bozarth, David
English Carmack, Attys., Tax Div., Dept.
of Justice, Washington, D. C., for de-
fendant-appellee.

Before TUTTLE, GEWIN and RO-
NEY, Circuit Judges.

**PER CURIAM:**

The judgment of the trial court is af-
firmed. We conclude that the delivery
of the check to Chagra by Blott was not
such assignment of the funds in the
farmer's bank account as would defeat
the priority of the Government's tax lien
levied before the check cleared the bank.
*See* Farmers State Bank of Center v.
Latham, 181 S.W.2d 972 (Tex.Civ.App.
—Texarkana, 1944), no writ.

We do not reach the alternative theory
of *res judicata* which was applied by the
trial court.